## EDWARDS v. SHEAFE

Thomas Edwards master of the Katch Society for & in behalfe of the owners of the abouesaid vessell plantiff ags^t Sampson Sheafe march^t Defend^t in an Action of the case for non payment of the Sume of thirty nine pounds seaventeene shillings & six pence Spanish money at the rate of fowre shillings a peice of Eight Due for the fraight of Eleuen Tonns of goods shipped on the said vessell by y^e said Sheafe & by him consigned to M^r Samuell Baech marchant in Jamaica which he refused to receaue & also payment of the fraight of the said goods denyed & other due damages according to Attachm^t Dated the 24th Day of January 1671 . . . the Jurie . . . found for the defend^t costs of Court, the Magistrates refused this verdict w^ch falls to y^e Court of Assistants in Case.

[ Several depositions on this case are on file, together with the appeal, which apparently was not allowed.

### S. F. 1140.4

Know all men by these p^rsents That on the tenth Day of y^e month of May in the year of our Lord God One thousand Six hundred Seaventy one, at the Instance & request of Thomas Edwards marrine^r I John Peeke Notary publick Dwelling in P^o Royall in the Island of Jamaica addmitted & Sworne by his Excelency S^r Thomas Mudyford cheife Governor of the Said Island, went to the house of Samuel Bach m^rchant Dwelling on P^o Ryall & Speaking there to himselfe told him y^t Thomas Edwards did protest against him for not receiving of Eleven Tunn of goods Consigned To him by M^r Samson Sheafe of Boston merchant, and asked him if he would receive the afores^d Goods, and the Said Samuel Bach answered me that hee would not receive them, and did thinck he not could be Compelled thereunto, And y^t he did really think the fraight of the Said Goods would Come to more money then the Cargo was worth. Therefore I the Said Notary at that Instance of the aforesaid M^r Thomas Edwards have protested as I doe protest by these p^rsents against the said Samuel Bach Merchant for not receiving of the Said Goods, & for all Costs Damages & Intrests already Suffered & yet to bee suffered for or by reason of non acceptance of the Same, And further I John Peake Notary at the Instance and request of the Said Thomas Edwards doe protest against y^e Said Samson Sheafe of Boston merchant for Sending over Such goods as would not bee accepted being to the Damage of the Said Edwards, all w^ch Damages Sustained by each party herein Conseyned to be recovered in time & place Convenient as of right shall appertaine   This Done & protested in y^e Said Towne of P^o Royall the day & year afores^d:

Quod abestator rogatus et requisitus

Jo: Peeke Not^r Pub. 1671

. . . True Coppie . . . Attests Freegrace Bendall Cler.

S. F. 1140.1      Jameica 12th May 1671

This day Thomas Edwards appeared before me w$^{th}$ an information, that he had Consigned to M$^r$ Samuel Bach on y$^e$ Ketch Society, 4 Tunns of Fish 4: Tunns of Tarr, & 3 tonns of beare, and y$^t$ as master of y$^e$ Said Ketch gave out bills of Lading for y$^e$ Same, & y$^t$ he tendred y$^e$ Said goods to y$^e$ s$^d$ M$^r$ Bach   And y$^e$ s$^d$ Bach absolutly refused to receive y$^e$ same: and thereon he Demanded my advice w$^t$ to doe w$^{th}$ y$^e$ s$^d$ goods, on w$^{ch}$ matter I have thought it reasonable & doe accordingly advice y$^e$ s$^d$ Edwards to protest against y$^e$ s$^d$ M$^r$ Bach for non Receiving the s$^d$ goods and after, (in regard y$^e$ s$^d$ goods are perishing) to put the Said goods in good hands, to bee Sold for the acc$^t$ of y$^e$ interseed, Given under my hand y$^e$ Day above        Tho: Mudy ford

S. F. 1140.5

The Deposition of Roger Prosser Aged 40 yeares or there about

Testifieth that Thomas Edwards master of y$^e$ ketch Society Committed to my Custody & left in my hands at Jamaca for the use of m$^r$ Sheafe Certaine goods w$^{ch}$ I understood were Consign'd to mr Sam$^{ll}$ Bach & by him Refused to wit, thirty two Bar$^{ll}$ of tar Sixteen hh of hake-fish Containeing four hundred of neat fish in Euery hogshh: & twenty foure barrells of Beere all w$^{ch}$ goods were left with me to dispose of for y$^e$ use of sd. Sheafe or any other person Concerned w$^{ch}$ goods were by me Recd: some time in May last deposed in Court the 5th of march 1671/2 Per Edw Rawson Secrety

Jamaica        S. F. 1140.6

Know all men by these p$^r$sents that I Joel White of Port Royall Royall & Iseland abouesaid Cooper doe acknowledge to haue receiued of Roger Prosser of Boston in New England Marchant vpon y$^e$ accompt & for y$^e$ vse of m$^r$     Sheafe of Boston aforesaid Marchant, thirty barrells of Tarr, foureteene hogsheads of hacky fish containing foure hundred of neate fish in euery hogshead w$^{th}$ twelue beere barrells, all w$^{ch}$ goodes as abouesaid I doe promise & ingage to render a juste accompt thereof vnto y$^e$ said m$^r$ Sheafe or his order when I am therevnto lawfully required: As witnesse my hand & Seale y$^e$ sixth day of July Annoque Domi: 1671.

Test          Joel White [sig. & seal]

    Arthur Lloyd
    Samuell Mather

S. F. 1140.3

To the Hon$^r$able Court of Assistance now Assembled in Boston Thomas Edwards Mast$^r$ of the Pink Society Most humbly p$^r$senteth

That whereas there hath beene in former Courts a sute of Law Commenced betweene the said Thomas Edwards & Sampson Sheafe Merchant Concerning the fraight of Certaine goods Shiped on the s$^d$ Vessall by the s$^d$ Sheaf from N. England to Jamaca where being Ariued the said goods were tendered unto the person to whome it was Consigned; but Hee Refuseing to Receiue them; the said goods were by aduice of The Hon$^r$able Gouern$^r$ S$^r$ Tho: Mudiford Left in the hands of another for the acco$^{tt}$ of said Sampson Sheafe That Shiped them; The sd Sheaf denys paym$^t$ of the said fraight the party with whom The said goods were Left saith that he hath Nothing to doe w$^{th}$ The said Edwards but Is to be accomptable to the sd Sheafe and Absolutly denys to pay the said fraight so That (the Caus being thus stated) Except yo$^r$ Hon$^{rs}$ vouchsafe Reliefe to the sd Ed-

wards Either by ord$^r$ing the sd Sheafe to pay the sd fraight according to bills of Loading Or at Least that the said Sheafe giue ord$^r$ so the person that hath Re[c]eiued the sd Goods in Jamaco to pay the fraight Afores$^d$: the sd Edwards is Like to be Dismist of His due and Loose His fraight Contrary to that Knowne truth that the Labo$^{rer}$ is worthy of His hier all w$^{ch}$ he humbly Refers to yo$^r$ Hon$^{rs}$ as the fathers of the Country to Judge &c. According to yo$^r$ prudence to grant Reliefe to him who subcribes him selfe;

Yo$^r$ Hon$^{rs}$ Most humble Seruant & Suppliant Tho: Edwards ]